FILED

04/13/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0651

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0651

_____

PETER GRIGG,

     Plaintiff and Appellant,

  v.                                     O R D E R

ANDY COILE,

     Defendant and Appellee.

_____

On March 31, 2022, this Court returned Appellant's opening brief for failure to comply with M. R. App. P. 11(6)(a), 12(1)(a), 12(1)(c), 12(1)(d), 12(1)(e), 12(1)(f), 12(1)(h), 12(1)(i), and 13(2) and ordered Appellant to correct the brief and file it no later than 10 days from the date of the Order. Appellant has not filed a corrected brief in accordance with this Court's Order.

THEREFORE,

IT IS ORDERED that Appellant shall prepare, file, and serve the opening brief on appeal no later than April 29, 2022. Failure to file the brief within that time will result in dismissal of this appeal with prejudice and without further notice.

The Clerk is directed to provide a copy of this Order to Appellant Peter Grigg personally and to all counsel of record.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 13 2022